**Rayed Fawzi ABED, Petitioner–Appellant,**

v.

**Eric D. WILSON, Warden, Respondent–Appellee.**

No. 14–7323.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 20, 2015.

Decided: Feb. 10, 2015.

Rayed Fawzi Abed, Appellant Pro Se.

Before WILKINSON and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rayed Fawzi Abed, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Abed v. Wilson,* No. 1:14–cv–00800–AJT–TCB (E.D.Va. July 7, 2014). We deny the motion to remand or to place the case in abeyance and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*